# Exhibit 6

| Samsung Product Name | Model Number |
|---|---|
| 98" Class Q900 QLED Smart 8K UHD TV (2019) | QN98Q900RBFXZA |
| 85" Class Q900 QLED Smart 8K UHD TV (2019) | QN85Q900RBFXZA |
| 82" Class Q900 QLED Smart 8K UHD TV (2019) | QN82Q900RBFXZA |
| 75" Class Q900 QLED Smart 8K UHD TV (2019) | QN75Q900RBFXZA |
| 65" Class Q900 QLED Smart 8K UHD TV (2019) | QN65Q900RBFXZA |
| 55" Class Q900 QLED Smart 8K UHD TV (2019) | QN55Q900RBFXZA |
| 43" Class Q60R QLED Smart 4K UHD TV (2019) | QN43Q60RAFXZA |
| 49" Class Q60R QLED Smart 4K UHD TV (2019) | QN49Q60RAFXZA |
| 55" Class Q60R QLED Smart 4K UHD TV (2019) | QN55Q60RAFXZA |
| 65" Class Q60R QLED Smart 4K UHD TV (2019) | QN65Q60RAFXZA |
| 75" Class Q60R QLED Smart 4K UHD TV (2019) | QN75Q60RAFXZA |
| 82" Class Q60R QLED Smart 4K UHD TV (2019) | QN82Q60RAFXZA |
| 75" Class The Frame QLED 4K UHD HDR Smart TV (2020) | QN75LS03TAFXZA |
| 43" Class The Frame QLED Smart 4K UHD TV (2019) | QN43LS03RAFXZA |
| 49" Class The Frame QLED Smart 4K UHD TV (2019) | QN49LS03RAFXZA |
| 55" Class The Frame QLED Smart 4K UHD TV (2019) | QN55LS03RAFXZA |
| 65" Class The Frame QLED Smart 4K UHD TV (2019) | QN65LS03RAFXZA |
| 49" Class Q70R QLED Smart 4K UHD TV (2019) | QN49Q70RAFXZA |
| 55" Class Q70R QLED Smart 4K UHD TV (2019) | QN55Q70RAFXZA |
| 65" Class Q70R QLED Smart 4K UHD TV (2019) | QN65Q70RAFXZA |
| 75" Class Q70R QLED Smart 4K UHD TV (2019) | QN75Q70RAFXZA |
| 82" Class Q70R QLED Smart 4K UHD TV (2019) | QN82Q70RAFXZA |
| 85" Class Q70R QLED Smart 4K UHD TV (2019) | QN85Q70RAFXZA |
| 65" Class Q90R QLED Smart 4K UHD TV (2019) | QN65Q90RAFXZA |
| 75" Class Q90R QLED Smart 4K UHD TV (2019) | QN75Q90RAFXZA |
| 82" Class Q90R QLED Smart 4K UHD TV (2019) | QN82Q90RAFXZA |
| 55" Class Q80R QLED Smart 4K UHD TV (2019) | QN55Q80RAFXZA |
| 65" Class Q80R QLED Smart 4K UHD TV (2019) | QN65Q80RAFXZA |
| 75" Class Q80R QLED Smart 4K UHD TV (2019) | QN75Q80RAFXZA |
| 82" Class Q80R QLED Smart 4K UHD TV (2019) | QN82Q80RAFXZA |

| Samsung Product Name | Model Number |
|---|---|
| 49" CRG9 Dual QHD Curved QLED Gaming Monitor | LC49RG90SSNXZA |
| 55" Class The Serif QLED Smart 4K UHD TV - White (2019) | QN55LS01RAFXZA |
| 49" CHG90 QLED Gaming Monitor | LC49HG90DMNXZA |
| 32" Class Q50R QLED Smart 4K UHD TV (2019) | QN32Q50RAFXZA |
| 28" UH750 QLED UHD Monitor | LU28H750UQNXZA |
| 27" CFG73 Gaming Monitor with Quantum Dot | LC27FG73FQNXZA |
| 27" CHG70 Gaming Monitor with Quantum Dot | LC27HG70QQNXZA |
| 32" CHG70 Gaming Monitor with Quantum Dot | LC32HG70QQNXZA |
| 55" Class Q60T QLED 4K UHD HDR Smart TV (2020) | QN55Q60TAFXZA |
| 65" Class Q60T QLED 4K UHD HDR Smart TV (2020) | QN65Q60TAFXZA |
| 75" Class Q60T QLED 4K UHD HDR Smart TV (2020) | QN75Q60TAFXZA |
| 65" Class Q80T QLED 4K UHD HDR Smart TV (2020) | QN65Q80TAFXZA |
| 34" CJ791 Thunderbolt 3 Ultra Wide Screen Curved Monitor | LC34J791WTNXZA |
| QPR-K Series 98" | LH98QPR8BGCXZA |
| QPR-K Series 82" | LH82QPR8BGCXZA |
| 65" Frame Smart 4K UHD TV + Premium Soundbar Bundle | BNDL-1579449014315 |
| 55" Frame Smart 4K UHD TV + Premium Soundbar Bundle | BNDL-1579448867192 |
| Samsung - 65" Class - LED - Q60 Series - 2160p - Smart - 4K UHD TV with HDR | QN65Q60RAFXZA |
| Samsung - 75" Class - LED - Q60 Series - 2160p - Smart - 4K UHD TV with HDR | QN75Q60RAFXZA |
| Samsung - 55" Class - LED - Q60 Series - 2160p - Smart - 4K UHD TV with HDR | QN55Q60RAFXZA |
| Samsung - 43" Class - LED - Q60 Series - 2160p - Smart - 4K UHD TV with HDR | QN43Q60RAFXZA |
| Samsung - 49" Class - LED - Q70 Series - 2160p - Smart - 4K UHD TV with HDR | QN49Q70RAFXZA |
| Samsung - 75" Class - LED - Q70 Series - 2160p - Smart - 4K UHD TV with HDR | QN75Q70RAFXZA |
| Samsung - 65" Class - LED - Q8F Series - 2160p - Smart - 4K UHD TV with HDR | QN65Q8FNBFXZA |
| Samsung - 82" Class - LED - Q60 Series - 2160p - Smart - 4K UHD TV with HDR | QN82Q60RAFXZA |
| Samsung - 65" Class - LED - Q70 Series - 2160p - Smart - 4K UHD TV with HDR | QN65Q70RAFXZA |
| Samsung - 65" Class - LED - Q80 Series - 2160p - Smart - 4K UHD TV with HDR | QN65Q80RAFXZA |
| Samsung - 75" Class - LED - Q80 Series - 2160p - Smart - 4K UHD TV with HDR | QN75Q80RAFXZA |
| Samsung - 49" Class - LED - Q60 Series - 2160p - Smart - 4K UHD TV with HDR | QN49Q60RAFXZA |
| Samsung - 55" Class - LED - Q70 Series - 2160p - Smart - 4K UHD TV with HDR | QN55Q70RAFXZA |

| Samsung Product Name | Model Number |
|---|---|
| Samsung - 65" Class - LED - Q90 Series - 2160p - Smart - 4K UHD TV with HDR | QN65Q90RAFXZA |
| Samsung - 55" Class - LED - Q80 Series - 2160p - Smart - 4K UHD TV with HDR | QN55Q80RAFXZA |
| Samsung - 32" Class - LED - Q50 Series - 2160p - Smart - 4K UHD TV with HDR | QN32Q50RAFXZA |
| Samsung - 82" Class - LED - Q70 Series - 2160p - Smart - 4K UHD TV with HDR | QN82Q70RAFXZA |
| Samsung - 85" Class - LED - Q70 Series - 2160p - Smart - 4K UHD TV with HDR | QN85Q70RAFXZA |
| Samsung - 82" Class - LED - Q80 Series - 2160p - Smart - 4K UHD TV with HDR | QN82Q80RAFXZA |
| Samsung - 75" Class - LED - Q90 Series - 2160p - Smart - 4K UHD TV with HDR | QN75Q90RAFXZA |
| Samsung - 65" Class - LED - The Frame Series - 2160p - Smart - 4K UHD TV with HDR | QN65LS03RAFXZA |
| Samsung - 82" Class - LED - Q90 Series - 2160p - Smart - 4K UHD TV with HDR | QN82Q90RAFXZA |
| Samsung - 82" Class - LED - Q900 Series - 4320p - Smart - 8K UHD TV with HDR | QN82Q900RBFXZA |
| Samsung - 55" Class - LED - The Frame Series - 2160p - Smart - 4K UHD TV with HDR | QN55LS03RAFXZA |
| Samsung - 55" Class - LED - Q900 Series - 4320p - Smart - 8K UHD TV with HDR | QN55Q900RBFXZA |
| Samsung - 49" Class - LED - The Frame Series - 2160p - Smart - 4K UHD TV with HDR | QN49LS03RAFXZA |
| Samsung - 65" Class - LED - Q900 Series - 4320p - Smart - 8K UHD TV with HDR | QN65Q900RBFXZA |
| Samsung - 75" Class - LED - Q900 Series - 4320p - Smart - 8K UHD TV with HDR | QN75Q900RBFXZA |
| Samsung - 43" Class - LED - The Frame Series - 2160p - Smart - 4K UHD TV with HDR | QN43LS03RAFXZA |
| Samsung - 55" Class - LED - Q6F Series - 2160p - Smart - 4K UHD TV with HDR | QN55Q6FNAFXZA |
| Samsung - 55" Class - LED - The Serif Series - 2160p - Smart - 4K UHD TV with HDR | QN55LS01RAFXZA |
| Samsung - 98" Class - LED - Q900 Series - 4320p - Smart - 8K UHD TV with HDR | QN98Q900RBFXZA |
| 85" Class Q60T QLED 4K UHD HDR Smart TV (2020) | QN85Q60TAFXZA |
| 85" Class Q7D QLED Smart 4K UHD TV (2019) | QN85Q7DRAFXZA |
| 43" Class Q6D QLED Smart 4K UHD TV (2019) | QN43Q6DRAFXZA |
| 82" Class Q6D QLED Smart 4K UHD TV (2019) | QN82Q6DRAFXZA |
| 82" Class Q7D QLED Smart 4K UHD TV (2019) | QN82Q7DRAFXZA |
| 75" Class Q6D QLED Smart 4K UHD TV (2019) | QN75Q6DRAFXZA |
| 55" Class Q7D QLED Smart 4K UHD TV (2019) | QN55Q7DRAFXZA |
| 55" Class Q6D QLED Smart 4K UHD TV (2019) | QN55Q6DRAFXZA |
| 49" Class Q7D QLED Smart 4K UHD TV (2019) | QN49Q7DRAFXZA |
| 49" Class Q6D QLED Smart 4K UHD TV (2019) | QN49Q6DRAFXZA |
| 75" Class Q7D QLED Smart 4K UHD TV (2019) | QN75Q7DRAFXZA |

| Samsung Product Name | Model Number |
| --- | --- |
| 65" Class Q6D QLED Smart 4K UHD TV (2019) | QN65Q6DRAFXZA |
| 65" Class Q7D QLED Smart 4K UHD TV (2019) | QN65Q7DRAFXZA |
| 82" Class Q65F QLED Smart 4K UHD (2018) | QN82Q65FNBXZA |
| QPR-K Series 98" QP98R-8K - QLED 8K UHD Display for Business | LH98QPR8BGCXZA |
| 49" Class Q65F QLED Smart 4K UHD (2018) | QN49Q65FNFXZA |
| 82" Class Q8FN QLED Smart 4K UHD TV (2018) | QN82Q8FNBFXZA |
| 49" Class Q6FN QLED Smart 4K UHD TV (2018) | QN49Q6FNAFXZA |
| 55" Class Q75F QLED Smart 4K UHD (2018) | QN55Q75FNFXZA |
| 65" Class Q75F QLED Smart 4K UHD (2018) | QN65Q75FNFXZA |
| 75" Class Q75F QLED Smart 4K UHD (2018) | QN75Q75FNFXZA |
| 82" Class Q65F QLED Smart 4K UHD (2018) | QN82Q65FNFXZA |
| 55" Class Q65F QLED Smart 4K UHD (2018) | QN55Q65FNFXZA |
| 75" Class Q65F QLED Smart 4K UHD (2018) | QN75Q65FNFXZA |
| 65" Class Q65F QLED Smart 4K UHD (2018) | QN65Q65FNFXZA |
| 65" Class Q75C QLED Curved Smart 4K UHD (2018) | QN65Q75CNFXZA |
| 55" Class Q75C QLED Curved Smart 4K UHD (2018) | QN55Q75CNFXZA |
| QPR-K Series 82" QLED 8K UHD Display for Business | LH82QPR8BGCXZA |
| 55" Class Q6FN QLED Smart 4K UHD TV (2018) | QN55Q6FNAFXZA |
| 65" Class Q6FN QLED Smart 4K UHD TV (2018) | QN65Q6FNAFXZA |
| 75" Class Q6FN QLED Smart 4K UHD TV (2018) | QN75Q6FNAFXZA |
| 82" Class Q6FN QLED Smart 4K UHD TV (2018) | QN82Q6FNAFXZA |
| 55" Class Q7FN QLED Smart 4K UHD TV (2018) | QN55Q7FNAFXZA |
| 75" Class Q7FN QLED Smart 4K UHD TV (2018) | QN75Q7FNAFXZA |
| 55" Class Q8FN QLED Smart 4K UHD TV (2018) | QN55Q8FNBFXZA |
| 75" Class Q8FN QLED Smart 4K UHD TV (2018) | QN75Q8FNBFXZA |
| 65" Class Q8FN QLED Smart 4K UHD TV (2018) | QN65Q8FNBFXZA |
| 65" Class Q7FN QLED Smart 4K UHD TV (2018) | QN65Q7FNAFXZA |
| 75" Class Q9FN QLED Smart 4K UHD TV (2018) | QN75Q9FNAFXZA |
| 55" Class Q7CN QLED Curved Smart 4K UHD TV (2018) | QN55Q7CNAFXZA |
| 65" Class Q9FN QLED Smart 4K UHD TV (2018) | QN65Q9FNAFXZA |

| Samsung Product Name | Model Number |
|---|---|
| 65" Class Q7CN QLED Curved Smart 4K UHD TV (2018) | QN65Q7CNAFXZA |
| 55" Class Q6F Special Edition QLED 4K TV | QN55Q6FAMFXZA |
| 49" Class Q6F Special Edition QLED 4K TV | QN49Q6FAMFXZA |
| QN75Q90RAFXZA-DAAS (QLED) | QN75Q90RAFXZA-DAAS |
| QN75Q80RAFXZA-DAAS (QLED) | QN75Q80RAFXZA-DAAS |
| QN75Q70RAFXZA-DAAS (QLED) | QN75Q70RAFXZA-DAAS |
| QN65Q90RAFXZA-DAAS (QLED) | QN65Q90RAFXZA-DAAS |
| QN65Q80RAFXZA-DAAS (QLED) | QN65Q80RAFXZA-DAAS |
| 55" Q7FD 4K Smart QLED TV | QN55Q7FDMFXZA |
| 65" Q7FD 4K Smart QLED TV | QN65Q7FDMFXZA |
| 75" Q7FD 4K Smart QLED TV | QN75Q7FDMFXZA |
| 88" Class Q9F QLED 4K TV | QN88Q9FAMFXZA |
| 65" Class Q9F QLED 4K TV | QN65Q9FAMFXZA |
| 75" Class Q9F QLED 4K TV | QN75Q9FAMFXZA |
| 75" Class Q7F QLED 4K TV | QN75Q7FAMFXZA |
| 55" Class Q7F QLED 4K TV | QN55Q7FAMFXZA |
| 65" Class Q7F QLED 4K TV | QN65Q7FAMFXZA |
| 65" Class Q7C Curved QLED 4K TV | QN65Q7CAMFXZA |
| 55" Class Q7C Curved QLED 4K TV | QN55Q7CAMFXZA |
| 55" Class Q8C Curved QLED 4K TV | QN55Q8CAMFXZA |
| 65" Class Q8C Curved QLED 4K TV | QN65Q8CAMFXZA |
| 75" Class Q8C Curved QLED 4K TV | QN75Q8CAMFXZA |
| 32" UH750 QLED UHD Monitor | LU32H750UMNXZA |
| QH-H Series 65" QH65H - Edge-Lit 4K UHD QLED Display for Business | LH65QHHPLGC/GO |
| QH-H Series 55" QH55H - Edge-Lit 4K UHD QLED Display for Business | LH55QHHPLGC/GO |
| QN65Q9FNAV (QLED) | QN65Q9FNAVXZA |
| QN65Q7CNAV (QLED) | QN65Q7CNAVXZA |
| QN65Q6FNAV (QLED) | QN65Q6FNAVXZA |
| QN55Q8FNBV (QLED) | QN55Q8FNBVXZA |
| QN49Q6FNAV (QLED) | QN49Q6FNAVXZA |

| Samsung Product Name | Model Number |
|---|---|
| QN55Q6FNAV (QLED) | QN55Q6FNAVXZA |
| QN55Q65FMF (QLED) | QN55Q65FMFXZA |
| QN55Q7FNAV (QLED) | QN55Q7FNAVXZA |
| QN55Q7CNAV (QLED) | QN55Q7CNAVXZA |
| QN55LS01RBF 2019 Serif QLED TV | QN55LS01RBFXZA |
| 24" CFG73 Gaming Monitor with Quantum Dot | LC24FG73FQNXZA |
| QN75Q75FMF (QLED) | QN75Q75FMFXZA |
| QN65Q7FVMF (QLED) | QN65Q7FVMFXZA |
| QN65Q7CDMF (QLED) | QN65Q7CDMFXZA |
| QN55Q75FMF (QLED) | QN55Q75FMFXZA |
| QN55Q7CDMF (QLED) | QN55Q7CDMFXZA |
| QN55Q7FVMF (QLED) | QN55Q7FVMFXZA |
| 88" Class KS9800 Curved 4K SUHD TV (2016) | UN88KS9800FXZA |
| 65" Class KS800D 4K SUHD TV (2016) | UN65KS800DFXZA |
| 65" Class KS9000 4K SUHD TV (2016) | UN65KS9000FXZA |
| 65" Class KS900D 4K SUHD TV (2016) | UN65KS900DFXZA |
| 65 Class KS950D 4K SUHD TV (2016) | UN65KS950DFXZA |
| 75 Class KS9000 4K SUHD TV (2016) | UN75KS9000FXZA |
| 75 Class KS900D 4K SUHD TV (2016) | UN75KS900DFXZA |
| 55" Class KS8000 4K SUHD TV (2016) | UN55KS8000FXZA |
| 55" Class KS800D 4K SUHD TV (2016) | UN55KS800DFXZA |
| 55" Class KS9000 4K SUHD TV (2016) | UN55KS9000FXZA |
| 60" Class KS8000 4K SUHD TV (2016) | UN60KS8000FXZA |
| 60 Class KS800D 4K SUHD TV (2016) | UN60KS800DFXZA |
| 65" Class KS8000 4K SUHD TV (2016) | UN65KS8000FXZA |
| 49" Class KS8000 4K SUHD TV (2016) | UN49KS8000FXZA |
| 49" Class KS800D 4K SUHD TV (2016) | UN49KS800DFXZA |
| 78 Class KS9500 Curved 4K SUHD TV 2016) | UN78KS9500FXZA |
| 78" Class KS9800 Curved 4K SUHD TV (2016) | UN78KS9800FXZA |
| 65" Class KS8500 Curved 4K SUHD TV (2016) | UN65KS8500FXZA |

| Samsung Product Name | Model Number |
|---|---|
| 65" Class KS850D Curved 4K SUHD TV (2016) | UN65KS850DFXZA |
| 65 Class KS9800 Curved 4K SUHD TV (2016) | UN65KS9800FXZA |
| 55" Class KS8500 Curved 4K SUHD TV (2016) | UN55KS8500FXZA |
| 55" Class KS850D Curved 4K SUHD TV (2016) | UN55KS850DFXZA |
| 55" Class KS9500 Curved 4K SUHD TV (2016) | UN55KS9500FXZA |
| 49" Class KS850D Curved 4K SUHD TV | UN49KS850DFXZA |
| 49" Class KS8500 Curved 4K SUHD TV (2016) | UN49KS8500FXZA |
| 55" Class JS850D 4K SUHD Smart TV (2015) | UN55JS850DFXZA |
| 60" Class JS700D 4K SUHD Smart TV (2015) | UN60JS700DFXZA |
| 55" Class JS700D 4K SUHD Smart TV (2015) | UN55JS700DFXZA |
| 50" Class JS7000 4K SUHD Smart TV (2015) | UN50JS7000FXZA |
| 55" Class JS7000 4K SUHD Smart TV (2015) | UN55JS7000FXZA |
| 60" Class JS7000 4K SUHD Smart TV (2015) | UN60JS7000FXZA |
| 78" Class JS8600 4K SUHD Smart TV (2015) | UN78JS8600FXZA |
| 65" Class JS850D 4K SUHD Smart TV (2015) | UN65JS850DFXZA |
| 48" Class JS8500 4K SUHD Smart TV (2015) | UN48JS8500FXZA |
| 55" Class JS8500 4K SUHD Smart TV (2015) | UN55JS8500FXZA |
| 65" Class JS8500 4K SUHD Smart TV (2015) | UN65JS8500FXZA |
| 65" Class KS9500 Curved 4K SUHD Smart TV (2016) | UN65KS9500FXZA |
| 78" Class JS9100 Curved 4K SUHD Smart TV (2015) | UN78JS9100FXZA |
| 78" Class JS9500 Curved 4K SUHD Smart TV (2015) | UN78JS9500FXZA |
| 88" Class JS9500 Curved 4K SUHD Smart TV (2015) | UN88JS9500FXZA |
| 48" Class JS9000 Curved 4K SUHD Smart TV (2015) | UN48JS9000FXZA |
| 55" Class JS9000 Curved 4K SUHD Smart TV (2015) | UN55JS9000FXZA |
| 65" Class JS9000 Curved 4K SUHD Smart TV (2015) | UN65JS9000FXZA |
| 65" Class JS9500 Curved 4K SUHD Smart TV (2015) | UN65JS9500FXZA |
| 4K SUHD JS8000 Series Smart TV - 60" Class (60" Diag.) (2015) | UN60JS8000FXZA |