# Exhibit 11

# U.S. Patent No. 9,680,068

U.S. Patent No. 9,680,068: Claim 1
"1. A method of preparing a film, the method comprising:"

| 1. A method of preparing a film, the method comprising: | The Samsung Q60R QLED TV is an exemplary LED TV (the "Samsung TV") that includes a film.<br><br><br><br>For example, the Samsung TV includes quantum dots (the "Samsung Quantum Dots")[1]. |
|---|---|

---

[1] Upon information and belief, all Samsung QLED TVs listed in Exhibit 6 include the same Quantum Dots and Quantum Dot Enhancement Film.  For example, Samsung QLED TV's display stack includes a Blue LED and layer of Quantum Dots in a Quantum Dot Enhancement Film.

See e.g., "Environmentally Friendly Quantum Dots for Display Applications," Eunjoo Jang (SAIT, Samsung Electronics), Quantum Dot Forum 2018 Presentation at Slides 11, 16.
see also e.g., https://www.techradar.com/news/samsung-qled-samsungs-latest-television-acronym-explained;
see also e.g., https://www.samsung.com/global/tv/blog/stained-glass-and-quantum-dot-technology/;
see also e.g., https://www.displaydaily.com/article/display-daily/future-of-quantum-dot-display-niche-or-mainstream;
see also e.g., https://www.techradar.com/news/samsung-qled-samsungs-latest-television-acronym-explained.

Samsung's QD-OLED TV displays operate in substantially the same way in that they are comprised of a Blue OLED and Quantum Dot layer.

See e.g., https://www.cnet.com/news/samsung-reportedly-working-on-quantum-dot-oled-tv-hybrid/.

U.S. Patent No. 9,680,068: Claim 1
"1. A method of preparing a film, the method comprising:"

| | |
|---|---|
| | 

*See e.g.*, https://www.samsung.com/us/televisions-home-theater/tvs/qled-4k-tvs/43-class-q60-qled-smart-4k-uhd-tv-2019-qn43q60rafxza/.

*See e.g.*, https://www.samsung.com/us/televisions-home-theater/tvs/qled-tv/technology/.

The Samsung Quantum Dots used in the Samsung TV are nanoparticles. |

U.S. Patent No. 9,680,068: Claim 1
"1. A method of preparing a film, the method comprising:"



*See e.g.,* https://news.samsung.com/global/how-qled-achieves-excellence-in-picture-quality;
*See also e.g.,* https://www.hitechcentury.com/samsungs-next-gen-qled-tv-showcased-at-sea-forum-2017/;

U.S. Patent No. 9,680,068: Claim 1
"1. A method of preparing a film, the method comprising:"



*See e.g.*, https://www.forbes.com/sites/johnarcher/2017/09/19/what-is-qled-and-why-does-it-matter/#732982817fb3.

U.S. Patent No. 9,680,068: Claim 1
"1. A method of preparing a film, the method comprising:"



*See e.g.*, https://news.samsung.com/za/why-are-quantum-dot-displays-so-good.

U.S. Patent No. 9,680,068: Claim 1
"1. A method of preparing a film, the method comprising:"

| | |
|---|---|
| | **What the what?**<br><br>Quantum dots are microscopic nanocrystals that glow a specific wavelength (i.e. color) when given energy. The exact color produced by the QD depends on its size: larger for longer wavelengths (redder colors), smaller for shorter wavelengths (bluer). That's a bit of an oversimplification, but that's the basic idea.<br><br>Specific wavelengths of color is what we need to great an image on a television. Using the three primary colors of red, green, and blue, we can mix a full rainbow of teals, oranges, yellows, and more.<br><br>*See e.g.,* https://www.cnet.com/news/quantum-dots-how-nanocrystals-can-make-lcd-tvs-better/.<br><br>The Samsung Quantum Dots are comprised in a Quantum Dot Enhancement Film (QDEF) that is prepared by Samsung using a method. |

U.S. Patent No. 9,680,068: Claim 1
"1. A method of preparing a film, the method comprising:"



*See e.g.,* "Environmentally Friendly Quantum Dots for Display Applications," Eunjoo Jang (Samsung Advanced Institute of Technology, Samsung Electronics), Quantum Dot Forum 2018 Presentation (Exhibit 12) at Slide 11.

U.S. Patent No. 9,680,068: Claim 1
"forming an emulsion comprising a first phase that comprises a first polymer and quantum dots and"

| | |
|---|---|
| forming an emulsion comprising a first phase that comprises a first polymer and quantum dots and | The method used to produce Samsung's QDEF forms an emulsion comprising a first phase that comprises a first polymer and quantum dots.<br><br>For example, Samsung's QDEF includes quantum dots.<br><br> |

U.S. Patent No. 9,680,068: Claim 1
"forming an emulsion comprising a first phase that comprises a first polymer and quantum dots and"



*See e.g.,* "Environmentally Friendly Quantum Dots for Display Applications," Eunjoo Jang (Samsung Advanced Institute of Technology, Samsung Electronics), Quantum Dot Forum 2018 Presentation (Exhibit 12) at Slides 11 and 15.

The quantum dots are placed in an emulsion including a first polymer and the quantum dots.



*See e.g.,* "Environmentally Friendly Quantum Dots for Display Applications," Eunjoo Jang (Samsung Advanced Institute of Technology, Samsung Electronics), Quantum Dot Forum 2018 Presentation (Exhibit 12) at Slide 11.

U.S. Patent No. 9,680,068: Claim 1

"a second phase that comprises a second polymer; depositing the emulsion between gas barrier sheets to form a film; and"

| | |
|---|---|
| a second phase that comprises a second polymer; depositing the emulsion between gas barrier sheets to form a film; and | The method used to produce Samsung's QDEF forms an emulsion comprising a second phase that comprises a second polymer and deposits the emulsion between gas barrier sheets to form a film.<br><br>For example, Samsung's QDEF emulsion includes a second polymer with Samsung's quantum dot and first polymer material.<br><br><br><br>*See e.g.,* "Environmentally Friendly Quantum Dots for Display Applications," Eunjoo Jang (Samsung Advanced Institute of Technology, Samsung Electronics), Quantum Dot Forum 2018 Presentation (Exhibit 12) at Slide 11.<br><br>On information and belief, the emulsion is deposited between gas barrier sheets to form a film.<br><br> |

U.S. Patent No. 9,680,068: Claim 1

| | |
|---|---|
| "a second phase that comprises a second polymer; depositing the emulsion between gas barrier sheets to form a film; and" | <br><br>*See e.g.,* "Environmentally Friendly Quantum Dots for Display Applications," Eunjoo Jang (Samsung Advanced Institute of Technology, Samsung Electronics), Quantum Dot Forum 2018 Presentation (Exhibit 12) at Slide 11. |

Case 2:20-cv-00038-JRG   Document 1-12   Filed 02/14/20   Page 14 of 14 PageID #: 273

U.S. Patent No. 9,680,068: Claim 1
"curing the first and second polymers."

| | |
|---|---|
| curing the first and second polymers. | The method used to produce Samsung's QDEF includes curing the first and second polymers.<br><br>For example, on information and belief, the first and second polymers are cured and placed in between gas barriers, resulting in a film.<br><br><br><br><br><br>*See e.g.,* "Environmentally Friendly Quantum Dots for Display Applications," Eunjoo Jang (Samsung Advanced Institute of Technology, Samsung Electronics), Quantum Dot Forum 2018 Presentation (Exhibit 12) at Slide 11. |