# Exhibit 12

SAMSUNG

# Environmentally Friendly Quantum Dots for Display Applications

## Eunjoo Jang

### SAIT, Samsung Electronics



*QD Forum 2018/March/13th*

# Contents

1. **Introduction**

2. **Material synthesis/Mass production**

3. **QD Film**

4. **QD CF**

5. **QD-LED**

6. **Summary**



# Quantum Dots

The active technology for the past 35 years



# Trends

SAMSUNG

## Wide color gamut display with RoHS compliant materials



| Form | '13 | '14 | '15 | '16 | '17 |
|------|-----|-----|-----|-----|-----|
| **QD Rail (Cd)** | QD Vision (Boston, 200kg) — Cd-QD<br>SONY (TV, 13 line-up) | TCL (TV) | Philips, BOE (Monitor)<br>Hisense, Konka (TV) | | Samsung M&A |
| **QD Film (Cd/Cd-free)** | Nanosys: Cd-QD (Milpitas, 2000kg) — Cd-QD<br>3M (QDEF)<br>Amazon (Kindle)  ASUS (Laptop)<br>Najing Tech (Cd QD)<br>Nanoco/Dow Chem. (Mass Production) — Cd-free QD | Hisense (TV)  TCL (TV)  Vizio, AUO (TV)<br>Samsung (SUHD TV) — Cd-free QD | LMS/Hitachi (QDEF)  QMC/Nitto Denko (Film)<br>Wah Hong (Film)  Nanoco/Merck (Mass Production) | Sangbo (Film)  Poly-OE (Film)  TCL (TV)  Hisense (TV)<br>ASUS (Monitor)<br>Samsung (QLED TV)  Samsung (Monitor) | Cd-free QD<br>Dongwoo Finechem DIC (Color filter) |
| **RoHS** | Exemption#39 → expire July '14 | Exemption#39 (lighting) → extend to July '17 | Exemption#39 → EP Veto (May '15) | Exemption#39 replace → CdSe QDs color converting display (2 years) → Expire for all categories on **Oct. '19** | |

'10 QD-LED TV Samsung proto

# Cd-free QDs

SAMSUNG

🔷 **Alternatives : Emission range, QY, FWHM, Reabsorption, Decay time**
**→ InP, ZnSe:Mn, CuInS2**

**Table III.** Comparison of typical properties of Cd-based and non-Cd QD composites.

*ECS J. SS Sci. & Tech.(2013) Nanoco*

| Property | Intrinsic QDs | | Other non-Cd QDs | |
|---|---|---|---|---|
| | Cd-based QDs | Non-Cd QDs | Doped non-Cd QDs | Non-Cd alloy QDs |
| Chemical composition | CdSe/ZnS | InP-based core-shell | ZnSe:Mn/ZnS | CuInS$_2$/ZnS |
| Emission color | Tunable in VIS | Tunable in VIS | Yellow-orange | Tunable (Y,O,R) |
| FWHM (nm) | <40 | 40-60 | ~155 | ~125 |
| Toxic substance | Toxic (Cd) | no Cd, no Pb | no Cd, no Pb | no Cd, no Pb |
| Stokes shift (meV) | ~40[85] | ~80[86] | ~1060–1423[9,87] | ~500-600[11] |
| Reabsorption | Reabsorption/self-quenching (small Stokes shift) | | No reabsorption /self-quenching (large Stokes shift) | Some reabsorption/self-quenching (moderate Stokes shift compared to doped QDs) |



# InP-based QDs

🔷 **High quality core → Core/Shell → Multi shell**



CM ('17) Lee

*JPC ('94) Nozik*



**InP precursor with TOPO 270 C, 3 days**

*NL ('02) Peng*



**In(OAc) + acid ligand, ODE, 270 C, 180min**

*JACS ('07) Peng*



**C8 amine, 180 C → 450~750nm, QY=40%**

*CM ('11) Char*



**InP/ZnSeS gradient shell QY=70%, FWHM=45nm**

*Chem. Mater. ('15) Hens*

**InCl3+Aminophosphine**

**FWHM : G 36nm, R 45nm**

| 1990 | 2000 | 2010 | 2020 |

*JACS ('08) Reiss*



**InP/ZnS One pot (510~580nm) QY=70%, ~50h photo stability**

*JMC ('08) Nann*



**Zn, HAD → size control (480~750nm)**

*JACS ('10) Delpech*



**PO4, InPO3, acid ligand → Ketone & Water**

*CM ('15) Cossairt*



**Magic sized cluster**

SAMSUNG

# Progress of Materials

## Progress in QE of QDs



# Material Synthesis

**SAMSUNG**

🔷 **Specifically tailored structure for light emission**



**3. Crystallinity**
(High temperature growth)

**4. One pot synthesis with high concentration**

**5. Control the uniformity of size/shape and the byproducts**
*(*P)*

**1. Multi element core/Gradient shell structure**

ZnSe rich

ZnS rich

**2. Oxide interfaces**
: Induce oxidative layer
*(*P)*

(1-2) Gradient shell composition → minimize the lattice mismatch
*(*P)*

Multiple metal precursors
*(*US)*

SAMSUNG

# Potential materials

**Other III-V semiconductor QDs and 2D structures**

*JPC (1995) Nozik*



**GaP**
**Eg=2.78eV**

*JACS (2012) Kim*



**ZnInP/GaP/ZnS**

*APL(1999) Nozik*



**GaN, Abs 360~450nm**

*NL (2002) Kelley*



**GaSe, Abs 360~450nm**

*Small (2005) Rao*



**InN**
**Eg=0.65~0.7eV**

*JMC (2014) Taylor*



**Zn3N2**
**PL=500~1100nm**
**QY=52%(566nm)**

*Chem. Comm. (2015) Cossairt*



**Zn3P2**
**PL=424~535nm**
**tetragonal**

**2D structure**



*CM(2014) Dubertret*

**ZnSe nanoplate**
**Cation exchange from CdSe**

*NL (2003) Nozik*

**InP quantum rod**

**SAMSUNG**

# Mass Production

- **Process Optimization → Basic design → Scale-up**

Parameters: Precursors, Intermediates, Solvents, Surfactants, Additives, Reaction Process









*ref.* Courtesy of Hansol Chemical Corp.

20L            100L Pilot            Mass Production

# QD Backlights (Film)

SAMSUNG

## Wide color gamut display → Improve FWHM, Reduce cost



# Accelerating R&D Process

**SAMSUNG**

🔷 Synchronize Technology Roadmap from the beginning stage of research



*ref.* H. Chang, MRS 2014 Fall Meeting

# Development Team

**SAMSUNG**

🔷 **Environmental Issues, Market size, Cost, Eco system, Patent portfolio**

| Material Design & Synthesis | Interface Design & Fabrication | Device Application & Evaluation |
|---|---|---|
|  |  |  |

- Multi shell passivation
- Mass production

- Encapsulation (stability)
- Process stability

- Customer requirements
- Supply chain/Eco system



SAMSUNG

# Improvements in InP QDs

- Optimized structure for uniformity and efficiency → BT2020, High stability

Gradient Multishell/Metal Dopant



Green QD

Red QD

Brightness : 120%

DCI : 100%



QD Film

15/24

# Structure of LCD

- Solve the disadvantages (Viewing angle, Contrast)



**SAMSUNG**

# On-chip QD-LED

🔷 **Challenge in stability, PL quenching, Emission shift, and packaging**



② **PL quenching**



Angew. Chem. Int. Ed. 2013, 52, 679–682

③ **Thermal quenching**



QD/silica monolith



ACS Nano (2013) 1472





Thermal quenching

# QD Color Filter

**SAMSUNG**

## Perfect viewing angle (Emissive CF)



QDs   Sclae-up   PR/Ink   Pattern   Emissive CF

$$EQE = Absorption \times QY_{initial} \times PL_{quenching} \times Thermal_{quenching} \times Out\text{-}coupling$$

Conventional CF : 90°      Emissive CF : 178°

Cutting external light

QWP

Substrate Glass          QD PR

**Absorption (Blue cut)** Efficiency Patterning

Over-coat
YRF
Patterned ITO          ICP

**Optical coupling (Recycle)** Patterning

LC

TFT Glass
Polarizer

Collimated BLU

Front Emission: 38% (partial cutting)

Total reflection

Side Emission : 24%

Blue light source

Backward Emission : 38% (Recycle)

18/24

# QD-LEDs

**SAMSUNG**

## Better contrast (Pixelated RGB LED)



<Blue QD Synthesis>

<Ligand Exchange>

<ETL/HTL Design>

# Applications

**SAMSUNG**

## 🟦 Expansion of technology based on QDs



QD Film

**Film**



QD C/F

Polarizer

**Color Filter**

**Color Conversion**

**Current driven**



QD Emitting layer

**LED**



**NIR-Detector**

**Patterning**

# Acknowledgement

SAMSUNG



#Samsung
/ VD
/ SDI
/ SDC

#Hansol Chemical