AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| NANOCO GROUP PLC. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 2:20cv38-JRG |
| SAMSUNG ELECTRONICS CO., LTD., et al | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Samsung Advanced Institute of Technology




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL NEWMAN
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
ONE FINANCIAL CENTER
BOSTON, MA 02111
Tel.: (617) 542-6000


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **5/12/20**

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20cv38-JRG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SAMSUNG ADVANCED INSTITUTE OF TECHNOLOGY, was received by me on *(date)* May 12, 2020, 10:50 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ANTOINETTE WILLIAMS, who is designated by law to accept service of process on behalf of *(name of organization)* CT CORPORATION SYSTEM, THE REGISTERED AGENT FOR SAMSUNG ADVANCED INSTITUTE OF TECHNOLOGY, on *(date)* Tue, May 12, 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/12/2020

*Server's signature:* Ashlei Lankford

Ashlei Lankford - Process Server
*Printed name and title*

1910 Pacific Avenue, Suite 16700, Dallas, TX 75201
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 12, 2020, 1:40 pm at 1999 BRYAN ST., SUITE 900, DALLAS, TX 75201 received by SAMSUNG ADVANCED INSTITUTE OF TECHNOLOGY, BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM, WHERE THE DOCUMENT WAS ACCEPTED BY ANTOINETTE WILLIAMS, INTAKE SPECIALIST.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS IN A CIVIL ACTION, NANOCO TECHNOLOGIES LTD'S COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT 1-14 AND CIVIL COVER SHEET.