# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Action No. 2:20-cv-00038-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING SAMSUNG'S MOTION TO STAY PENDING *INTER PARTIES* REVIEW OF THE ASSERTED PATENTS

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Motion to Stay Pending *Inter Parties* Review of the Asserted Patents. The Court, having considered same, is of the opinion the motion should be GRANTED.

1