UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., ) ) Plaintiff, ) ) v. ) ) SAMSUNG ELECTRONICS CO., LTD., and ) SAMSUNG ELECTRONICS AMERICA, ) INC. ) ) Defendants. ) ) | Civil Action No. 2:20-cv-00038-JRG<br><br>JURY TRIAL DEMANDED |

**PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT**

Pursuant to Patent Rule 4-3 and the Court's October 13, 2020 Order setting a joint claim construction schedule and hearing in the above-captioned action (Dkt. 45), Plaintiff Nanoco Technologies Ltd. and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. (collectively, the "parties") submit this Joint Claim Construction and Prehearing Statement concerning U.S. Patent Nos. 7,803,423 ("'423 patent"), U.S. Patent No. 7,588,828 ("'828 patent"), U.S. Patent No. 8,524,365 ("'365 patent"), U.S. Patent No. 7,867,557 ("'557 patent"), and U.S. Patent No. 9,680,068 ("'068 patent").

**I.    Patent Rule 4-3(A)(1): Claim Terms On Which The Parties Agree**

The parties agree to the following constructions of claim terms, phrases, or clauses:

| Claim Term/Phrase | Construction |
|---|---|
| "provided on"<br><br>'828 patent (claims 1, 3-5, 8-13) | This claim term should receive its plain and ordinary meaning. |

1

| | |
|---|---|
| '557 patent (all claims) | |
| "disposed on"<br><br>'365 patent (all claims) | This claim term should receive its plain and ordinary meaning. |
| "depositing ... on"<br><br>'557 patent (all claims) | This claim term should receive its plain and ordinary meaning. |

**II.     Patent Rule 4-3(A)(2): Proposed Constructions On Disputed Terms**

Nanoco and Defendants' proposed claim construction or indefiniteness position for each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that position, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its position or to oppose any other party's position, including, but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses, is provided in Appendix A.

**III.    Patent Rule 4-3(A)(3): Anticipated Length Of Claim Construction Hearing**

The parties anticipate that the claim construction hearing take approximately 3 hours.

**IV.    Patent Rule 4-3(A)(4): Live Witnesses At The Claim Construction Hearing**

The parties do not anticipate calling any live witnesses at the claim construction hearing.

**V.     Patent Rule 4-3(A)(5): Prehearing Conference**

The parties have not identified any other issues which might appropriately be taken up at a prehearing conference prior to the claim construction hearing.

Dated: January 7, 2021

Respectfully Submitted,

| | |
|---|---|
| /s/ *Michael Newman by permission Claire Henry* | /s/ *Melissa R. Smith by permission Claire Henry* |
| Michael Newman | Melissa R. Smith |
| Massachusetts BBO No. 667520 | GILLAM & SMITH, LLP |
| MCNewman@mintz.com | 303 South Washington Avenue |
| James Wodarski | Marshall, TX 75670 |
| Massachusetts BBO No. 627036 | Telephone: (903) 934-8450 |
| JWodarski@mintz.com | Facsimile: (903) 934-9257 |
| Michael T. Renaud | |
| Massachusetts BBO No. 629783 | Gregory S. Arovas, P.C. |
| MTRenaud@mintz.com | Stefan M. Miller |
| Matthew Galica | KIRKLAND & ELLIS LLP |
| Massachusetts BBO No. 696916 | 601 Lexington Avenue |
| MSGalica@mintz.com | New York, NY 10022 |
| MINTZ LEVIN COHN FERRIS   GLOVSKY AND POPEO PC | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| One Financial Center | |
| Boston, MA 02111 | Edward C. Donovan, P.C. |
| Tel: (617) 542-6000 | F. Christopher Mizzo, P.C. |
| Fax: (617) 542-2241 | Michael A. Pearson, Jr. |
| www.mintz.com | KIRKLAND & ELLIS LLP |
| | 1301 Pennsylvania Avenue, N.W. |
| T. John Ward, Jr. | Washington, D.C. 20004 |
| Texas State Bar No. 00794818 | Telephone: (202) 389-5000 |
| E-mail: jw@wsfirm.com | Facsimile: (202) 389-5200 |
| Claire Abernathy Henry | |
| Texas State Bar No. 24053063 | *Counsel for Defendants Samsung* |
| E-mail: claire@wsfirm.com | *Electronics Co., Ltd. and Samsung* |
| WARD, SMITH & HILL, PLLC | *Electronics America, Inc.* |
| PO Box 1231 | |
| Longview, Texas 75606-1231 | |
| (903) 757-6400 (telephone) | |
| (903) 757-2323 (facsimile | |

*Counsel for Plaintiff*
*Nanoco Technologies Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on January 7, 2020, I caused a true and correct copy of the foregoing to be served *via* ECF on all counsel of record.

/s/ *Claire Abernathy Henry*
Claire Henry

106765445v.1