# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., § § | |
| v. § § | Case No. 2:20-CV-0038-JRG |
| SAMSUNG ELECTRONICS CO., LTD., ET § AL. § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**March 26, 2021**

**OPEN:   1:30 pm**                                              **ADJOURN:**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Michael Newman<br>Claire Henry |
| ATTORNEY FOR DEFENDANTS: | Chris Mizzo<br>Greg Arovas<br>Mike Pearson<br>Stephen De Salvo<br>Melissa Smith |
| TECHNICAL ADVISOR: | Shane Nelson |
| LAW CLERK: | Steven Laxton |
| COURT REPORTER: | Shea Sloan |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Claire Henry announced ready and introduced co-counsel.  Melissa Smith announced ready and introduced co-counsel.

The Court heard argument on a term by term basis.  Michael Newman presented argument on behalf of Plaintiff.  Chris Mizzo, Mike Pearson and Greg Arovas presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.