IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NANOCO TECHNOLOGIES LTD. | § | |
| | § | |
| v. | § | Civil Action No. 2:20-cv-00038-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD, | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC. | § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 8th day of June, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE