# Exhibit 3

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

# EXPERT REPORT OF THOMAS CREDELLE

*Nanoco Technologies Ltd. v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*, C. A. No. 2:20-cv-00038-JRG (E.D. Tex.)

Dated: May 18, 2021

_____

Thomas Credelle

TLC Display Consulting
15625 SW Rangeland Dr.
Powell Butte, OR 97753

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

# Table of Contents

I.   INTRODUCTION ...................................................................................................... 1

II.  QUALIFICATIONS AND PROFESSIONAL EXPERIENCE ................................ 2

III. LEVEL OF ORDINARY SKILL IN THE ART ...................................................... 5

IV.  BACKGROUND FOR THIS REPORT ................................................................... 6

    A.  Color Measurement .......................................................................................... 6

    B.  Display Brightness and Efficiency .................................................................. 11

    C.  Quantum Dot Film Impact on Color, Brightness, and Efficiency ................... 12

    D.  Other Factors Affecting Brightness ................................................................ 15

V.   ANALYSIS OF SAMSUNG TV PRODUCTS ...................................................... 16

    A.  Methodology ................................................................................................... 16

        1.  Color Comparisons ............................................................................... 16

        2.  Brightness/Efficiency Comparisons ..................................................... 18

        3.  Other Comparisons ............................................................................... 18

    B.  Samsung TV Comparisons .............................................................................. 18

    C.  KS8000 vs. KU7000 Comparison ................................................................... 20

        1.  KS8000 vs. KU7000 Feature Comparison ........................................... 20

        2.  KS8000 v. KU7000: Analysis and Conclusions .................................. 28

    D.  Q6F/Q6FN vs. NU7100 Comparison .............................................................. 29

        1.  Q6F/Q6FN vs. NU7100 Feature Comparison ...................................... 29

        2.  Q6F v. NU7100: Analysis and Conclusions ........................................ 39

    E.  Q60R vs. RU8000 Comparison ....................................................................... 40

        1.  Q60R vs. RU8000 Feature Comparison ............................................... 40

        2.  Q60R v. RU8000: Analysis and Conclusions ...................................... 48

VI.  OVERALL CONCLUSIONS ................................................................................. 49

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## II.    QUALIFICATIONS AND PROFESSIONAL EXPERIENCE

5.    My complete qualifications and professional experience are described in my *curriculum vitae*, a copy of which can be found in Appendix B. The following is a brief summary of my relevant qualifications and professional experience.

6.    As shown in my *curriculum vitae*, I have devoted my career to the research and development and product engineering of flat panel displays and materials/optics/electronics for flat panel displays, as well as testing and evaluation of flat panel display characteristics.  I have over 20 years of involvement in active matrix LCD R&D, starting in 1983 at RCA Labs and continuing at GE.  I also have over 20 years' experience in product design and development of various flat panel-related technologies, all in increasingly higher levels of management.   For example, I led the product development of active matrix LCDs for notebook computers at Apple in the early 90's and had close collaboration with many LCD developers in Asia.  Later in my career, I made significant contributions to the design and implementation of new pixel architectures for LCDs and OLEDs while at Clairvoyante; both efforts involved extensive knowledge of color science and measurement techniques for colorimetry and panel efficiency.

7.    I am currently the President of TLC Display Consulting and split my time between technical consulting and patent litigation support.

8.    I received my M.S. degree in Electrical Engineering from the Massachusetts Institute of Technology in 1970, with an emphasis on Electro Optics and Solid-State Materials.  I received my B.S. degree in Electrical Engineering in 1969 from Drexel University.

9.    I was employed by RCA (the inventor of color television) at the David Sarnoff Research Center in Princeton, NJ from 1970 through 1986 at first as a Member of the technical staff and later as a Group Manager in charge of all Active Matrix LCD research.  During my time

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

at RCA, I participated in research and development projects relating to optical materials and flat panel displays, including LCD devices. In 1983, I established the Thin Film Transistor ("TFT") LCD Program at Sarnoff Labs. As a Group Manager, I led a project that resulted in the development of the first poly silicon TFT LCD at Sarnoff Labs. I received the Sarnoff Outstanding Achievement Award for Large Area Flat Panel TV Developments.

10.    From 1986 to 1991, I was employed by GE as the Manager of TFT LCD Research and Development at the GE Research and Development Center in Schenectady, NY. My duties included contributing to and managing research and development efforts relating to TFT and LCD technology for avionics applications. While employed by GE, I led the team that built the world's first 1-million-pixel color LCD device. I also led development of numerous other display devices utilizing LCD technology.

11.    From 1991 to 1994, I was employed by Apple Computer as the Manager of Display Engineering. In my role at Apple, I supervised all TFT-LCD design (in-house and at vendors), engineering, and qualification for the first PowerBook notebook computers introduced to market in the United States. A key part of my effort was the evaluation and development of active matrix LCDs with improved performance, such as viewing angle, contrast ratio, uniformity, and efficiency.

12.    From 1994 to 1996, I was employed as the Director of Advanced Product Marketing by Allied Signal, where I was involved with the design and engineering of optical films and custom focusing backlight designs for improving the viewing angle performance of LCD devices.

13.    From 1996 to 1999, I was employed as the Director of Product Marketing for Motorola's Flat Panel Display Division, where I worked in the development of new flat panel

3

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

technology, and I also worked closely with Motorola groups responsible for integrating color TFT-LCD technology into mobile phone products.

14.    From 1999 to 2001, I served as the Vice President of Operations of Alien Technology Corporation.  During my time at Alien Technology, I was involved with the design and architecture of drive electronics packaging technology suitable for flexible display devices.

15.    From 2001 to 2007, I served as the Vice President of Engineering for Clairvoyante, Inc.  My responsibilities as the VP of Engineering included managing research, development, engineering, and marketing of technologies for improving the resolution and power consumption of color flat panel displays, which required significant changes to the active matrix layout.  During my time at Clairvoyante, I was therefore heavily involved with the design of the active matrix array and the LCD or OLED driving circuitry, as well as the measurement of color, brightness, and power efficiency.   My work resulted in the issuance of multiple patents relating to TFT-LCD and TFT-OLED display technology.

16.    From 2007 to 2008, I served as the Senior VP of Engineering for Puredepth, Inc. My responsibilities included the design of hardware and software to create 3D images on color TFT-LCDs.

17.    From 2012 through 2015, I served as the Vice President of Application Engineering and Device Performance for Innova Dynamics, Inc., a nanotechnology company developing materials to be used in LCDs and touch sensors. In that effort, I led the collaboration with major capacitive touch sensor makers to replace brittle Indium Tin Oxide ("ITO") transparent conductors with silver nanowire conductors, which are compatible with flexible touch sensors.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

18. In 2008, I founded TLC Display Consulting, a company that provides technical consulting in the areas of flat panel displays, liquid crystal displays, OLED, touch sensors, LEDs, and related electronics. I currently serve as the President of TLC Display Consulting.

19. I have been an active member of the Society for Information Display ("SID") for over 40 years, having attended every SID Annual Technical Symposium since 1972. I was a member of the Society for Information Display's Program Committee for 15 years, and the Director of the Society for Information Display's Symposium Committee for 10 years. In 1984, I was awarded the title of Fellow of the Society for Information Display in recognition of my achievements and contributions to flat panel display technology.

20. I am a named inventor on over 80 US patents relating to flat panel display, LCD, and OLED technology. I have also authored several articles relating to LCD technology and flat panel displays that were published by industry periodicals such as Information Display and peer reviewed journals such as the Society for Information Display's Digest of Technical Papers.

## III.   LEVEL OF ORDINARY SKILL IN THE ART

21. I understand there are multiple factors relevant to determining the level of ordinary skill in the pertinent art, including (1) the levels of education and experience of persons working in the field at the time of the invention claimed in the patents in suit; (2) the sophistication of the technology; (3) the types of problems encountered in the field; and (4) the prior art solutions to those problems.

22. Based on the technologies in this matter, as well as the specifics of this assignment, I believe that a person of ordinary skill in the art ("POSITA") in the field of flat panel displays would include someone who had, at the time of the invention claimed in the patents in suit, (i) a Bachelor's degree in Electrical Engineering or Physics, or equivalent training, and (ii)

5

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

### C.    KS8000 vs. KU7000 Comparison

#### 1.    KS8000 vs. KU7000 Feature Comparison

48.    To the best of my knowledge, Samsung first introduced the term "Quantum Dot" display in 2016 in the KS000 model line ("SUHD")[10].    The KU7000 model line, on the other hand, is called UHD and promotes Active Crystal Color5[11].



KS8000

## About This Product

Smart never looked so good. The Samsung KS8000 4K SUHD TV and its Quantum Dot Color covers you in our most superior picture yet, immersing you in whatever you're watching. While HDR1000 High Dynamic Range uses revolutionary technology to bring out details you've never seen in every foreground and background, Peak Illuminator Pro makes shades of every color pop. Plus, its Motion Rate 240 puts you on the pulse of every action sequence, while its flat, virtually bezel-less 360 design exudes elegance from every angle. If that's not enough, we've enhanced its Smart capabilities with the latest innovations and auto-sensing universal control, so its insides are as extraordinary as its outsides.

### Exceptional color. Authentic images

See accurate shades and lifelike colors come alive in detail with SUHD Quantum Dot Color that unlocks up to a billion color combinations.



KS8000

---

[10] htt s://web.archive.or /web/20160418091023/www.samsung.com/us/video/tvs/UN55KS8000FXZA (NANOCO_00231644 .

[11] htt s://web.archive.or /web/20161029061611/htt ://www.samsun .com/us/televisions-home-theater/tvs/4k-uhd-tvs/55-class-ku7000-7-series-4k-uhd-tv-2016-model-un55ku7000fxza/ (NANOCO_00231617).

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



KU7000



## Active Crystal Color

Jump further into every story with a wider color expression with Active Crystal Color. It uses crystal-like pure color technology to make every picture mesmerizing.

KU7000

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

a)    Image Quality Metrics--**KS8000 v. KU7000**[12]

| Feature | KS8000 | KU7000 |
|---|---|---|
| Native contrast ratio | 6906:1 | 4514:1 |
| Local dimming | None | None |
| Brightness ($cd/m^2$) | 530 | 398 |
| Gray uniformity (50% std. dev.) | 3.5% | 2.9% |
| Reflections | 0.5% (glossy) | 0.7% (glossy) |
| Color gamut (DCI-P3 u'v') | 95.5% | 64.2% |
| Gradient (bits) | 10 | 10 |
| Response time (100%) | 18 ms | 20.3 ms |
| Frame rate (Hz) | 120 | 60 |
| Variable refresh | No | No |
| 24p judder-free | Yes | No |
| HDR | Yes (3x peaking) | No peaking |
| 3D | No | No |

---

[12] No Samsung Panel Specs available, so all data were taken from rtings.com

22

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

b)    Color gamut—KS8000 superior



KS8000[13]



KU7000[14]

---

[13] htt_s://www.rtin_s.com/tv/reviews/samsung/ks8000; note: this weblink was used for all KS8000 data in this section  NANOCO_00231726 .

[14] htt_s://www.rtin_s.com/tv/reviews/samsung/ku7000; note: this weblink was used for all KU7000 data in this section (NANOCO_00231745).

23

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

c)    Cabinet styling—no substantial differences



KS8000



KU7000

24

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

d)    Inputs and specifications—KS8000 has remote input box



**KS8000**



**KU7000**

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

e)    Interfaces and remote control—no substantial differences



**KS8000**



**KU7000**

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

f)      Sound quality—no substantial differences



**KS8000**



**KU7000**

27

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

## 2.    KS8000 v. KU7000: Analysis and Conclusions

49.    The two models analyzed were both released in the 2016 time frame and were quite similar in characteristics and features except for color, brightness, and power efficiency. Both rated models (rtings.com) were 55" models, although I have examined Samsung panel specs for other sizes and my conclusions apply to all sizes available for these models.

50.    It is my opinion that Samsung's use of quantum dot films, allowed them to expand the benefits of SUHD TV models. The KS8000 model (SUHD) achieved performance benefits in color gamut (2% expansion of color gamut) and brightness (33% brighter). It also achieved a higher power efficiency (25% higher) because the QD film-based backlight unit allow more light to pass through the color filters than older backlight units while maintaining the same gamut.

51.    I attribute the majority (e.g., ~75%) of the increased value directly to the use of QD films. The only notable feature improvements besides color, brightness, and efficiency were the switch to 120Hz frame rate and HDR (3x peaking), which requires additional signal processing in the display processor. There is also an improvement in native contrast ratio in the KS8000 model.

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

### D.    Q6F/Q6FN vs. NU7100 Comparison

#### 1.    Q6F/Q6FN vs. NU7100 Feature Comparison

52.    To the best of my knowledge, Samsung branded the quantum dot televisions "QLED" in 2017[15] [16] The base model QLED was the "6 Series;" I evaluated the performance of the 2018 Q6F/Q6FN compared to the 2018 non-QD "UHD" NU7100 TV. According to rtings.com, the Q6F and Q6FN are equivalent.[17]



---

[15] htt_s://web.archive.or_/web/20170601063218/http://www.samsung.com/us/televisions-home-theater/tvs/qled-tvs/ (NANOCO_00231718_.

[16] htt_s://web.archive.or_/web/20170601062510/http://www.samsung.com/us/explore/qled-tv/ (NANOCO_00231834_.

[17] https://www.rtings.com/tv/reviews/samsung/q6fn-q6-q6f-qled-2018 (NANOCO_00231810).

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY





Q6F/Q6FN

Case 2:20-cv-00038-JRG    Document 149-4    Filed 07/01/22    Page 19 of 36 PageID #: 9756

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**



Q6F/Q6FN

53.    The NU7100 model line, also introduced in 2018, on the other hand, is called UHD and promoted PurColor[18]

---

[18] htt_s://www.samsun_.com/sg/tvs/uhd-4k-tv/nu7100-55-inch-crystal-uhd-smart-tv-ua55nu7100kxxs/ (NANOCO_00231633).

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY



NU7100

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

a)      Image Quality Metrics--**Q6F v. NU7100**[19]

| Feature | Q6F | NU7100 |
|---|---|---|
| Native contrast ratio | 7143:1 | 5397:1 |
| Local dimming | None | None |
| Brightness (cd/m$^2$) | 537 | 302 |
| Gray uniformity (50% std. dev.) | 3.6% | 3.5% |
| Reflections | 0.5% (glossy) | 5.8% (semi-gloss) |
| Color gamut (DCI-P3 u'v') | 94.7% | 80.8% |
| Gradient (bits) | 10 | 10 |
| Response time (100%) | 15.9 ms | 24.1 ms |
| Frame rate (Hz) | 120 | 60 |
| Variable refresh | No | No |
| 24p judder-free | Yes | No |
| HDR | Yes (<1.5x peaking) | No |
| 3D | No | No |

[19] No Samsung Panel Specs available, so all data were taken from rtings.com

33

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

b)      Color gamut—Q6F slightly superior



Q6F[20]



NU7100[21]

---

[20] htt s://www.rtin s.com/tv/reviews/samsun / 6fn- 6-q6f-qled-2018; note: this weblink was used for all Q6F/ 6FN data in this section NANOCO_00231810 .

[21] https://www.rtings.com/tv/reviews/samsung/nu7100; note: this weblink was used for all NU7100 data in this section (NANOCO_00231763).

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

c)    Cabinet styling—no substantial differences





Q6F



NU7100

35

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

**d)    Inputs and specifications—NU7100 has remote input box**



Q6F



NU7100

36

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

e)    Interfaces and remote control—no substantial differences



Q6F



NU7100

37

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

**f)    Sound quality—no substantial differences**



Q6F



NU7100

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

## 2.    Q6F v. NU7100: Analysis and Conclusions

54.    The two models analyzed were both released in the 2018 time frame and were quite similar in characteristics and features except for color, brightness, and power efficiency.  Both rated models (rtings.com) were 55" models, although I have examined Samsung panel data for other sizes and my conclusions apply to all sizes available for these models.

55.    It is my opinion that Samsung's use of quantum dot films, allowed them to expand the benefits of UHD TV models; in fact, they rebranded the entire QD-film model line "QLED." The Q6F model achieved performance benefits in color gamut (17% expansion of color gamut) and 77% increase in brightness. They also achieved a higher power efficiency (77% higher) because the QD film-based backlight unit allow more light to pass through the color filters than older backlight units, while maintaining or improving the color gamut.

56.    I attribute the majority (e.g., ~80%) of the increased value directly to the use of QD films.  There are minor feature improvements besides color, brightness, and efficiency in the Q6F, e.g., frame rate improvement to 120Hz and limited HDR peaking (<1.5x).

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

### E.    Q60R vs. RU8000 Comparison

#### 1.    Q60R vs. RU8000 Feature Comparison

57.    The Q60R QLED model was introduced in 2019 and included improvements in image processing (Quantum Processor 4K), but the main feature promoted on Samsung's website was color.[22] I evaluated the performance of the 2019 Q60R compared to the 2019 non-QD Premium UHD RU8000 TV.[23]



_____

[22] htt s://www.samsun .com/us/televisions-home-theater/tvs/qled-4k-tvs/55-class-q60-qled-smart-4k-uhd-tv-2019-qn55 60rafxza/ NANOCO_00231591 .

[23] htt s://www.samsun .com/us/televisions-home-theater/tvs/premium-uhd-tvs/55--class-ru8000-premium-smart-4k-uhd-tv--2019--un55ru8000fxza/ (NANOCO_00231568).

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**



Q60R

58.    The 2019 RU8000 promoted "Dynamic Crystal Color" along with 4K UHD Processor and enhanced HDR.



RU8000

41

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

a)    Image Quality Metrics--**Q60R v. RU8000**[24]

| Feature | Q60R | RU8000 |
|---|---|---|
| Native contrast ratio | 6292:1 | 5756:1 |
| Local dimming | None | None |
| Brightness (cd/m$^2$) | 436 | 363 |
| Gray uniformity (50% std. dev.) | 5.4% | 3.4% |
| Reflections | 5.9% (semi-gloss) | 5.9% (semi-gloss) |
| Color gamut (DCI-P3 u'v') | 92.5% | 90.2% |
| Gradient (bits) | 10 | 10 |
| Response time (100%) | 10.4 ms | 11.3 ms |
| Frame rate (Hz) | 120 | 120 |
| Variable refresh | Yes | Yes |
| 24p judder-free | Yes | Yes |
| HDR | No peaking | No peaking |
| 3D | No | No |

---

[24] No Samsung Panel Specs available, so all data were taken from rtings.com

42

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

b)    Color gamut—Q60R slightly superior



Q60R[25]



RU8000[26]

---

[25] htt_s://www.rtin_s.com/tv/reviews/samsung/q60r; note: this weblink was used for all Q60R data in this section (NANOCO_00231786).

[26] htt_s://www.rtin_s.com/tv/reviews/samsung/ru8000; note: this weblink was used for all RU8000 data in this section (NANOCO_00231844).

43

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

c)    Cabinet styling—no substantial differences



Q60R



RU8000

44

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

**d)    Inputs and specifications—no substantial differences**

**Input Photos**



**Total Inputs**

HDMI  4
USB  2
Digital Optical Audio Out  1
Analog Audio Out 3.5mm  0
Analog Audio Out RCA  0
Component In  0
Composite In  0
Tuner (Cable/Ant)  1
Ethernet  1
DisplayPort  0
IR In  0
SD/SDHC  0

**Inputs Specifications**

HDR10 ⑦ Yes
HDR10+ ⑦ Yes
Dolby Vision ⑦ No
HLG ⑦ Yes
3D ⑦ No
HDMI 2.0 Full Bandwidth ⑦ Yes (HDMI 1,2,3,4)
HDMI 2.1 ⑦ No
CEC  Yes
HDCP 2.2  Yes (HDMI 1,2,3,4)
USB 3.0 ⑦ No
Variable Analog Audio Out  No
Wi-Fi Support  Yes (2.4 GHz, 5 GHz)

**Audio Passthrough** ⑦

ARC ⑦ Yes (HDMI 4)
eARC support ⑦ No
Dolby Atmos via TrueHD via eARC ⑦ No
DTS:X via DTS-HD MA via eARC ⑦ No
5.1 Dolby Digital via ARC ⑦ Yes
5.1 DTS via ARC ⑦ No
5.1 Dolby Digital via Optical ⑦ Yes
5.1 DTS via Optical ⑦ No

The Samsung Q60R doesn't support DTS audio format. Unfortunately, it doesn't support eARC, so you can't pass higher-quality audio from your TV to a receiver through an HDMI connection.

**Q60R**

**Input Photos**



**Total Inputs**

HDMI  4
USB  2
Digital Optical Audio Out  1
Analog Audio Out 3.5mm  0
Analog Audio Out RCA  0
Component In  0
Composite In  0
Tuner (Cable/Ant)  1
Ethernet  1
DisplayPort  0
IR In  0
SD/SDHC  0

**Inputs Specifications**

HDR10 ⑦ Yes
HDR10+ ⑦ Yes
Dolby Vision ⑦ No
HLG ⑦ Yes
3D ⑦ No
HDMI 2.0 Full Bandwidth ⑦ Yes (HDMI 1,2,3,4)
HDMI 2.1 ⑦ No
CEC  Yes
HDCP 2.2  Yes (HDMI 1,2,3,4)
USB 3.0 ⑦ No
Variable Analog Audio Out  No
Wi-Fi Support  Yes (2.4 GHz, 5 GHz)

**Audio Passthrough** ⑦

ARC ⑦ Yes (HDMI 4)
eARC support ⑦ No
Dolby Atmos via TrueHD via eARC ⑦ No
DTS:X via DTS-HD MA via eARC ⑦ No
5.1 Dolby Digital via ARC ⑦ Yes
5.1 DTS via ARC ⑦ No
5.1 Dolby Digital via Optical ⑦ Yes
5.1 DTS via Optical ⑦ No

This TV doesn't support DTS audio formats, and it doesn't support eARC, meaning you can't pass an enhanced audio signal to a receiver over HDMI.

**RU8000**

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

e)    Interfaces and remote control—no substantial differences



Q60R



RU8000

46

**CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY**

**f)**     Sound quality—no substantial differences



**Q60R**



**RU8000**

47

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

### 2. Q60R v. RU8000: Analysis and Conclusions

59.    The two models analyzed were both released in the 2019 time frame and were very similar in characteristics and features except for color, brightness, and power efficiency.  Both rated models (rtings.com) were 55" models, although I have examined Samsung panel data for other sizes and my conclusions apply to all sizes available for these models.

60.    The Q60R model achieved performance benefits in color gamut (2.5% expansion of color gamut) and brightness (20% brighter).  They also achieved a higher power efficiency (10% higher) because the QD film-based backlight unit allow more light to pass through the color filters than older backlight units, while maintaining or improving the color gamut.

61.    I attribute the majority (e.g., ~90%) of the increased value directly to the use of QD films.  There are no notable feature improvements in the Q60R besides color, brightness, and efficiency.