IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. NO. 2:20-cv-00038-JRG |

### NANOCO TECHNOLOGIES LTD.'S UNOPPOSED MOTION TO CHANGE DESIGNATION OF LEAD COUNSEL

Plaintiff Nanoco Technologies Ltd. ("Nanoco") hereby files this Unopposed Motion to Change Designation of Lead Counsel in the above numbered and entitled cause to Bradley W. Caldwell. Mr. Caldwell only recently appeared as counsel of record in this matter, and will serve as Lead Counsel and Attorney in Charge for Nanoco as the case proceeds to trial. Nanoco hereby requests that the Court grant this unopposed motion.

DATED: August 10, 2022

Respectfully submitted,

CALDWELL CASSADY & CURRY

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
Hamad M. Hamad

1

Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Michael Newman
Massachusetts BBO No. 667520
MCNewman@mintz.com
James Wodarski
Massachusetts BBO No. 627036
JWodarski@mintz.com
Michael T. Renaud
Massachusetts BBO No. 629783
MTRenaud@mintz.com
Thomas H. Wintner
Massachusetts BBO No. 667329
TWintner@mintz.com
Matthew Galica
Massachusetts BBO No. 696916
MSGalica@mintz.com
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
www.mintz.com

T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF NANOCO TECHNOLOGIES LTD.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 10th day of August, 2022. Local Rule CV-5(a)(3)(A).

                                              */s/ Bradley W. Caldwell*
                                              Bradley W. Caldwell

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the parties have complied with Local Rule CV-7(h)'s meet and confer requirement and that Samsung does not oppose the relief requested herein.

                                              */s/ Bradley W. Caldwell*
                                              Bradley W. Caldwell