IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NANOCO TECHNOLOGIES LTD., | § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO.  2:20-CV-00038-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | | |
| *Defendants*. | | |

**<u>ORDER</u>**

The Court issues this Order *sua sponte*. Previously, the Court issued its First Amended Docket Control Order (the "First Amended DCO") setting the pre-trial conference in the above-captioned matter on Thursday, August 18, 2022, from 8:00 a.m. to 10:30 a.m. and on Friday, August 19, 2022, starting at 9:00 am. (Dkt. No. 131 at 1). At the time that the First Amended DCO was entered, a scheduling conflict prevented the Court from holding pre-trial proceedings during the afternoon of Thursday, August 18, 2022.

The scheduling conflict has since been resolved, and the Court now has availability to hear pre-trial matters in this case for the full duration of Thursday, August 18, 2022 and Friday, August 19, 2022. Accordingly, the Court **RESETS** the pre-trial conference in this case for **Thursday, August 18, 2022,** beginning at **9:00 a.m.** in Marshall, Texas and continuing that same day. Any matters not resolved Thursday, August 18, 2022 will be considered on Friday, August 19, 2022.

**So ORDERED and SIGNED this 16th day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE