

**2:20-cv-00038-JRG**
**Nanoco Technologies Ltd v Samsung Electronics Co Ltd et al**
**August 18, 2022 at 10:00 AM**

Pretrial Conference

## PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| | |
| THOMAS WINTNER | Nanoco |
| Brad Caldwell | " |
| Austin Curry | " |
| Warren M'Carty | " |
| Seth Reich | " |
| Alex Waldrop | " |
| Hamad Hamad | " |
| Bjorn Blomquist | " |
| Andrea Fair | " |
| Brian Johnston | " |
| Michael Newman | " |
| Jim Wadarski | " |
| Gregory Arovau | Samsung |
| Gil Gillam | " |
| Travis Underwood | " |
| Chris Mizzo | " |
| Jeannie Heffernan | " |
| Ed Donovan | " |

## IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Anthony Klupa Kahng | Samsung |
| Tim Jezek | " |
| | |
| | |
| | |
| | |

Stephen DeSalvo

Michole DeJulio

Mike Pearson

Jon Carter

Sean McEldowney

Samsung

"

"

"

"