IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., § § § *Plaintiff*, § § v. § § CIVIL ACTION NO. 2:20-CV-00038-JRG § SAMSUNG ELECTRONICS CO., LTD., § SAMSUNG ELECTRONICS AMERICA, § INC., § § § *Defendants*. § | |

## ORDER

The Court issues this Order *sua sponte*. On August 18, 2022 and August 19, 2022, the Court held a pre-trial conference in the above captioned matter and issued rulings on then-pending dispositive and *Daubert* motions. (*See* Dkt. Nos. 254, 255). Shortly before the pre-trial conference, the Court granted Plaintiff Nanoco Technologies Ltd.'s ("Nanoco") Unopposed Motion to Dismiss under Rule 41 and Rule 12. (Dkt. No. 240). The Court additionally denied as moot several issues in pre-trial motions in light of the parties' Joint Notice of Mooted Motions. (*Id.*).

In light of the narrowing of claims both before and after the pre-trial conference, the Court **ORDERS** that the parties submit a revised Joint Pre-Trial Order reflecting the current status of the above-captioned case by **Wednesday, September 7, 2022**. Such revised order should reflect the remaining outstanding issues and updated contentions of the parties.

**So ORDERED and SIGNED this 30th day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE