**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | **C.A. NO. 2:20-cv-00038-JRG** |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS UNDER RULE 41 AND RULE 12

In an effort to narrow its case and streamline and focus the issues for trial, Plaintiff Nanoco Technologies Ltd. ("Nanoco") voluntarily withdrew its assertion of all previously asserted claims of U.S. Patent No. 8,524,365 ("the '365 patent"). Additionally, as part of its case narrowing to streamline trial, Nanoco voluntarily withdrew its assertion of previously asserted claims 1-13 of U.S. Patent No. 7,588,828 ("the '828 patent") and previously asserted claims 7, 8, 12, 14, 15, 16, 18, 19, 20, 21, 22, 24, and 25 of U.S. Patent No. 7,803,423 ("the '423 patent").

Accordingly, Nanoco moves under Rule 41(a)(2) to dismiss without prejudice the Complaint's Count I (Infringement of the '828 Patent) as to claims 1-13, Count II (Infringement of the '423 Patent) as to claims 7, 8, 12, 14, 15, 16, 18, 19, 20, 21, 22, 24, and 25, and Count IV (Infringement of the '365 Patent). *See* Dkt. 1 at 9-12, 14-15. Nanoco also moves under Rule 12(b)(1) to dismiss Samsung's associated counterclaims: First Counterclaim (Non-infringement of the '828 Patent) and Second Counterclaim (Invalidity of the '828 Patent) as to claims 1-13; Third Counterclaim (Non-infringement of the '423 Patent) and Fourth Counterclaim (Invalidity of

the '423 Patent) as to claims 7, 8, 12, 14, 15, 16, 18, 19, 20, 21, 22, 24, and 25; and Seventh

Counterclaim (Non-infringement of the '365 Patent) and Eighth Counterclaim (Invalidity of the

'365 Patent). *See* Dkt. 21 at 16-18, 20-21.

Samsung does not oppose the motion.

DATED: September 7, 2022                        Respectfully submitted,

*/s/ Bradley W. Caldwell*                        */s/ Melissa R. Smith (with permission)*
Michael Newman                                   Melissa R. Smith
Massachusetts BBO No. 667520                     **GILLAM & SMITH, LLP**
MCNewman@mintz.com                               303 South Washington Avenue
James Wodarski                                   Marshall, TX 75670
Massachusetts BBO No. 627036                     Telephone: (903) 934-8450
JWodarski@mintz.com                              Facsimile: (903) 934-9257
Michael T. Renaud
Massachusetts BBO No. 629783                     Gregory S. Arovas, P.C. (*pro hac vice*)
MTRenaud@mintz.com                               Stefan M. Miller (*pro hac vice*)
Thomas H. Wintner                                Jon R. Carter (*pro hac vice*)
Massachusetts BBO No. 667329                     **KIRKLAND & ELLIS LLP**
TWintner@mintz.com                               601 Lexington Avenue
Matthew Galica                                   New York, NY 10022
Massachusetts BBO No. 696916                     Telephone: (212) 446-4800
MSGalica@mintz.com                               Facsimile: (212) 446-4900
**MINTZ LEVIN COHN FERRIS**
**GLOVSKY AND POPEO PC**                         Edward C. Donovan, P.C. (*pro hac vice*)
One Financial Center                             F. Christopher Mizzo, P.C. (*pro hac vice*)
Boston, MA 02111                                 Michael A. Pearson, Jr. (*pro hac vice*)
Tel: (617) 542-6000                              Nichole B. DeJulio (*pro hac vice*)
Fax: (617) 542-2241                              **KIRKLAND & ELLIS LLP**
www.mintz.com                                    1301 Pennsylvania Avenue, N.W.
                                                 Washington, D.C. 20004
T. John Ward, Jr.                                Telephone: (202) 389-5000
Texas State Bar No. 00794818                     Facsimile: (202) 389-5200
E-mail: jw@wsfirm.com
Claire Abernathy Henry                           Jeanne M. Heffernan, P.C.
Texas State Bar No. 24053063                     Texas State Bar No. 24128395
E-mail: claire@wsfirm.com                        **KIRKLAND & ELLIS LLP**
**WARD, SMITH & HILL, PLLC**                     401 Congress Avenue
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)

2

(903) 757-2323 (facsimile)

Bradley W. Caldwell
Texas State Bar No. 24040630
Email:  bcaldwell@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email:  acurry@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF
NANOCO TECHNOLOGIES LTD.**

Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101

***Counsel for Defendants Samsung
Electronics Co., Ltd. and Samsung
Electronics America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this September 7, 2022.  Local Rule CV-5(a)(3)(A).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have complied with Local Rule CV-7(h)'s meet and confer requirement and that Samsung does not oppose the relief requested herein.

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell