IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC. | Civil Action No. 2:20-cv-00038-JRG <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO REDACT CONFIDENTIAL INFORMATION FROM TRANSCRIPT**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. respectfully request that the Court order the redaction of the excerpts of the transcript of the August 19, 2022 Pretrial Conferences listed below.

The portions identified below contain descriptions of the terms of the parties' Protected Communications Agreement, which Samsung designated CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY under the Protective Order in this case. *See* Dkt. No. 49.

1. Dkt. No. 258 Pretrial Conference Volume 1

The portions identified below pertain to the parties' confidential discussions subject to one or more non-disclosure agreements, and reference documents marked as CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY.

| 147:23-24 | 150:11-18 | 156:13-20 | 163:4-5 |
|---|---|---|---|
| 147:25-148:1 | 150:25 | 156:22-157:14 | 163:10-12 |

| 148:2-3 | 151:3 | 157:16-158:2 | 163:17-19 |
|---|---|---|---|
| 148:4 | 151:9-152:16 | 158:3-7 | 164:3-8 |
| 148:7-12 | 152:18-153:17 | 160:12-18 | 164:10-165:24 |
| 148:13-15 | 153:19-154:4 | 160:19-161:8 | 166:1-8 |
| 148:17-149:11 | 154:5-155:1 | 161:10-162:3 | 166:17-167:10 |
| 149:13-19 | 155:2-7 | 162:6-14 | 167:13-18 |
| 149:21-150:8 | 155:9-156:11 | 162:23-24 | 168:14-21 |
| 168:23-169:3 ||||
| 169:11-170:8 ||||

2. Dkt. No. 259 - Pretrial Conference Volume 2

The portions identified below pertain to third-party proprietary recipes and operating protocol for the development of quantum dots, marked as CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY by those third parties.

| 22:13-16 |
|---|
| 23:7-11 |
| 24:11-13 |

DATED: September 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　Harry Lee Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　James Travis Underwood
　　　　　　　　　　　　　　　　　　　　**GILLAM & SMITH, LLP**
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257

　　　　　　　　　　　　　　　　　　　　Gregory S. Arovas, P.C. *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Stefan M. Miller *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Jon R. Carter *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Ryan Hyunjong Jin *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　**KIRKLAND & ELLIS LLP**
　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 446-4800
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 446-4900

　　　　　　　　　　　　　　　　　　　　Edward C. Donovan, P.C. *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　F. Christopher Mizzo, P.C. *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Seam M. McEldowney *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Michael A. Pearson, Jr. *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Nichole B. DeJulio *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Karthik Ravishankar *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Stephen DeSalvo *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Emily Scott *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　**KIRKLAND & ELLIS LLP**
　　　　　　　　　　　　　　　　　　　　1301 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 389-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 389-5200

　　　　　　　　　　　　　　　　　　　　Jeanne M. Heffernan, P.C.
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24128395
　　　　　　　　　　　　　　　　　　　　jheffernan@kirkland.com
　　　　　　　　　　　　　　　　　　　　Austin C. Teng
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24093247
　　　　　　　　　　　　　　　　　　　　austin.teng@kirkland.com
　　　　　　　　　　　　　　　　　　　　**KIRKLAND & ELLIS LLP**
　　　　　　　　　　　　　　　　　　　　401 Congress Avenue
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701

                                              Telephone: (512) 678-9100
                                              Facsimile: (512) 678-9101

                                              *Counsel for Defendants*
                                              *Samsung Electronics Co., Ltd. and*
                                              *Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

      This is to certify that counsel for the Plaintiff and counsel for the Defendants complied with the meet and confer requirements of Local Rule CV-7 and Plaintiff does not oppose this motion.

                                                          */s/ Melissa R. Smith*
                                                          Melissa R. Smith

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 19th day of September, 2022.

                                                          */s/ Melissa R. Smith*
                                                          Melissa R. Smith