# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NANOCO TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Action No. 2:20-cv-00038-JRG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE OF DESIGNATION OF LEAD ATTORNEY

Pursuant to Local Rule CV-11(a), Defendants file this Designation of Lead Attorney and hereby notify the Court that Gregory S. Arovas of the law firm Kirkland & Ellis, LLP, 601 Lexington Avenue New York, New York 10022, should be designated as lead attorney for Defendants in the above-referenced matter. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address referenced above.

Dated: January 5, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Gregory S. Arovas, (*pro hac vice*)
Jeanne M. Heffernan, (*pro hac vice*)
Stefan M. Miller (*pro hac vice*)
Jon R. Carter (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Edward C. Donovan, (*pro hac vice*)
F. Christopher Mizzo, (*pro hac vice*)
Michael A. Pearson, Jr. (*pro hac vice*)
Nichole DeJulio (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Counsel for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, January 5, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*